# FINANCIAL AFFIDAVIT

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Mathias

FOR:

AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Adilson Mathias

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-54
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Dennys Semonster M-7
- IF YES, how much do you earn per month? $1,850.00
- IF NO, give month and year of last employment. How much did you earn per month? $____
- If married is your Spouse employed? ☒ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: $____   SOURCES: ____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $2000.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: ____   DESCRIPTION: ____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
- ☐ SINGLE
- ☒ MARRIED
- ☐ WIDOWED
- ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them:
Farley B. Souza
Raendy S. Batista

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Pay |
|---|---|---|
| Apartment | $— | $740.00 |
| Utilities | $— | $200.00 |
| Food, Clothing | $— | $250.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 08-31-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Adilson B. Mathias