UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | 04 CR 10287 NG |
| v. ) | VIOLATIONS: |
| ) | |
| ADISON BAPTISTA MATHIAS ) | 8 U.S.C. § 1326(a) |
| ) | Illegal Reentry of a Removed Alien |
| ) | |
| ) | 42 U.S.C. § 408(a)(7)(A) |
| ) | Use of a Social Security |
| ) | Number Assigned Based on False Information |

## INFORMATION

<u>COUNT ONE</u>:   (8 U.S.C. § 1326(a) – Illegal Reentry of a Removed Alien)

The United States Attorney charges that:

On or about August 31, 2004, at Leominster, in the District of Massachusetts,

**ADISON BAPTISTA MATHIAS**

defendant herein, being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

**COUNT TWO:**      (42 U.S.C. § 408(a)(7)(A) Use of a Social Security Number Assigned Based on False Information)

The United States Attorney further charges that:

On or about October 7, 2002, at Watertown, in the District of Massachusetts,

### ADISON BAPTISTA MATHIAS

defendant herein, did for the purpose of obtaining anything of value from any person, or for any other purpose, to wit, to obtain a Massachusetts Driver's License, willfully, knowingly and with intent to deceive use a social security account number assigned by the Commissioner of Social Security on the basis of false information furnished to the Commissioner of Social Security by the defendant or by another person.

All in violation of Title 42, United States Code, Section 408(a)(7)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
THOMAS E. KANWIT
Assistant U.S. Attorney

Date:   September 15, 2004

≋JS 45 (5/97) - (Revised USAO MA 1/15/04)

C4CR 10287 NG

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

Place of Offense: Watertown RMV   Category No. II   Investigating Agency ICE

City Watertown   Related Case Information:

County Middlesex   Superseding Ind./ Inf. _____ Case No. _____
Same Defendant   X   New Defendant _____
Magistrate Judge Case Number   04-M00054-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Adison Baptista Mathias**   Juvenile ☐ Yes ☒ No

Alias Name _____

Address 205 Mechanic Street, # 2, Leominster, MA 01453

Birth date (Year only): 1950   SSN (last 4 #): 9144   Sex M   Race: _____   Nationality: Brazilian

Defense Counsel if known: **Kevin Barron**   Address: 453 Washington Street #5B
                                                         Boston, MA 02111

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Thomas E. Kanwit**   Bar Number if applicable 547251

Interpreter: ☒ Yes ☐ No   List language and/or dialect: Portuguese

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: SAugust 31, 2004

☒ Already in Federal Custody as _____ in South Bay
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment
Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 15, 2004   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse          04cr10287 NG

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Adison Baptista Mathias

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  42 USC 408(a)(7) | Social Security Fraud | 1 |
| Set 2  8 USC § 1326(a) | Illegal Re-Entry | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: