UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

No. 04-CR-10287 NG
_____

UNTIED STATES
v.

ADISON BAPTISTA MATHIAS,
Defendant.
_____

**DEFENDANT'S MOTION TO CHANGE PLEA**

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, defendant, Adison Baptista Mathias, moves for a hearing to change his plea to guilty to the offenses charged in the pending information.

In support of this motion, counsel says as follows:

1. The defendant wants to change his plea to guilty and be admitted to ICE custody for deportation to Brazil, his home country. The defendant has had two meetings with counsel and a certified interpreter to discuss the elements of the offense, to review the discovery provided and the consequences of a plea, including the offer of the United States.

2. The defendant should not spend any more time in US custody than is absolutely necessary. His sentencing range is 0 to 6. (See counsel's October 1, 2004 motion to dispense with PSR.) Since his August 31, 2004 arrest, he has already spent five weeks in jail and will spend more time in ICE detention. It is conceivable that his total time in detention will exceed the range.

Dated this 6th day of October, 2004 at Boston, Massachusetts.

        Respectfully submitted,
        Adison Baptista Mathias, Defendant
        By his Attorney

        /s/   Kevin Lawrence Barron
        _____
        Kevin Lawrence Barron
        BBO No. 550712
        453 Washington Street 5B
        Boston, MA 02111
        p 617-482-6368
        m 617-407-6837
        f 617-517-7711