F: 10/28/04

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
|---|---|---|
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| ADISON BAPTISTA MATHIAS | ) | 8 U.S.C. § 1326(a) |
| | ) | Illegal Reentry of a Removed Alien |
| | ) | |
| | ) | 42 U.S.C. § 408(a)(7)(A) |
| | ) | Use of a Social Security |
| | ) | Number Assigned Based on False Information |

## WAIVER OF INDICTMENT

**ADISON BAPTISTA MATHIAS**, the above-named defendant, who is accused of being a removed alien who illegally reentered the United States, in violation of 8 U.S.C. § 1326(a), and who is also accused of using a social security number assigned to him based on false information, in violation of 42 U.S.C. § 408(a)(7)(A), being advised of the nature of the charges, the proposed information, and his rights, **ADISON BAPTISTA MATHIAS** hereby waives in open court on October 28, 2004, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*Adison Baptista Mathias*
ADISON BAPTISTA MATHIAS
Defendant

*Kevin L. Barron*
KEVIN L. BARRON, Esq.
Counsel for the Defendant

Before:

*Nancy Gertner*
NANCY GERTNER
District Court Judge
District of Massachusetts